UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )  3:09-md-02100-DRH )   ) MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| *Brittany Miller v. Bayer Corporation, et al.* | No. 14-cv-20002-DRH |
| *Tawnya Portwood, et al. v. Bayer Corporation, et al.* | No. 12-cv-11405-DRH |
| *Robin Zimmerman-Boone, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11469-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or Orders entered to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.02.01
09:48:49 -06'00'

APPROVED:

 DISTRICT JUDGE
 U. S. DISTRICT COURT